

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00044-CR

---

KOREE QUINTEZ DYLE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 31st District Court
Wheeler County, Texas
Trial Court No. 5426, Honorable Steven R. Emmert, Presiding

March 3, 2022

MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant Koree Quintez Dyle appeals from the trial court's judgment adjudicating him guilty of the offense of tampering with or fabricating physical evidence. Pending before this Court is appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by appellant and his attorney. As no decision of the Court has been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.